| | |
|---|---|
| DEFENDANT: | JONATHAN AVILA |
| AGE or YOB: | 1993 |
| COMPLAINT FILED? | _____ Yes   __X____ No |
| OFFENSE(S): | Counts 1–2: Distribution of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | Count 3: Distribution of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | Count 4: Possession of a firearm with an obliterated serial number, 18 U.S.C. § 922(k) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Counts 1–3: NMT 20 years' imprisonment; $1,000,000 fine, or both; NLT 3 years' supervised release; $100 special assessment |
| | Count 4: NMT 5 years' imprisonment; $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment |
| AGENT: | Edward Mejia, Task Force Officer, Federal Bureau of Investigation |
| AUTHORIZED BY: | Laura Cramer-Babycz Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:
 X  five days or less; __ over five days

THE GOVERNMENT
 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.