## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Case No. 22-cr-00224-WJM**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**JONATHAN AVILA,**

      **Defendant.**

---

### NOTICE OF DISPOSITION

---

Defendant, Jonathan Avila, by counsel, gives notice that a disposition has been reached in this case. The defendant requests a change of plea hearing for the Court to consider the proposed plea agreement. The defendant also requests this Court to vacate all deadlines set to date.

DATED this 29th day of February, 2024.

      Respectfully submitted

*/s/ Rebecca Briggs*
Rebecca Briggs, Attorney for Defendant
503 N. Main St. #300
Pueblo, CO  81003
Telephone:  (434) 989-0847
Email:  beckybriggslaw@gmail.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this February 29, 2024, I served a copy of the foregoing via CM/ECF on all interested parties.

*/s/ Rebecca Briggs*
Rebecca Briggs, Attorney for Defendant
503 N. Main St. #300
Pueblo, CO  81003
Telephone:  (434) 989-0847
Email:  beckybriggslaw@gmail.com

- 2 -